UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Hung Manh Vu**
    V.                             CIVIL ACTION NO. 1:26-cv-10854-MJJ

  **Lyons et al**

### ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Court's Order dated February 19, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

February 19, 2026                        /s/ Sophie Phillips
                                         --------------------------
                                         **Deputy Clerk**