# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Hung Manh Vu**,<br>　　　　　　　　Petitioner,<br><br>vs.<br><br>**Todd Lyons**, Acting Director,<br>U.S. Immigration and Customs<br>Enforcement;<br>**David Wesling**,<br>Acting Boston Field Office Director,<br>U.S. Immigration and Customs<br>Enforcement; and<br>**Antone Moniz**, Superintendent,<br>Plymouth County Correctional Facility,<br><br>　　　　　　　　Respondents. | **Case No: 26-cv-10854-MJJ** |

## PETITIONER'S APPLICATION FOR FEES AND COSTS
## PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Petitioner Hung Manh Vu respectfully requests that the Court award him attorney's fees and litigation costs. Mr. Vu is eligible for the requested award as the prevailing party in the above-captioned civil action brought against an agent of the United States, he is an individual whose net worth did not exceed $2,000,000 at the time he filed such action, and the position of the agency challenged by such action was not substantially justified. Furthermore, the award requested is proper as the amount of time spent and expenses incurred by Mr. Vu's counsel in pursuing this civil action were reasonable, and there are no special circumstances that would make this award unjust. Based on the foregoing, as well as **Exhibits 1-4** and the accompanying Memorandum of Law filed herewith, Mr. Vu asks

1

that the Court grant this timely application and order Respondents Lyons, Wesling, and Moniz to pay the requested attorney's fees and associated costs in the amount of $5444.25.

Respectfully submitted,

HUNG MANH VU

By his attorney,

Dated: May 20, 2026

/s/ Ariella Katz Miller
Ariella Katz Miller
Massachusetts Bar No. 713265
**NORTHEAST JUSTICE CENTER**
181 Union Street, Suite 201B
Lynn, MA 01901
(978) 683 2521
akmiller@njc-ma.org

### Rule 7.1 Certification

I, Ariella Katz Miller, hereby certify that the parties to the above-captioned litigation, through counsel, conferred in good faith concerning the relief sought in the instant EAJA application. Assistant U.S. Attorney Erica McMahon, counsel for Respondents, indicated that they do not assent to the relief sought in the EAJA application.

*/s/ Ariella Katz Miller*

Dated: May 20, 2026

### Certificate of Service

I, Ariella Katz Miller, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any non-registered participant.

*/s/ Ariella Katz Miller*

Dated: May 20, 2026